DEBORAH M. SMITH
Acting United States Attorney

Eve C. Zamora
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar: 0297859
Eve.zamora@wainwright.army.mil

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　Plaintiff,<br><br>　　v.<br><br>**JEFFREY T. COVINGTON**,<br><br>　　Defendant | **COUNT I**<br>Operating a Vehicle While Intoxicated<br>(Class A Misdemeanor)<br>Violation of AS § 28.35.030 & 18 U.S.C. § 13 |

## I N F O R M A T I O N

The United States Attorney Charges that:

### COUNT I

On or about the 12th day of October, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, JEFFREY T. COVINGTON, did unlawfully operate or drive a motor vehicle while under the influence of an alcoholic beverage, in violation of Alaska Statutes § 28.35.030(a), as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this _____ day of June, 2006, at Fort Wainwright, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        /s Eve C. Zamora
        Eve C. Zamora
        Special Assistant U.S. Attorney
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701
        Telephone: (907)353-6561/6510
        Fax: (907) 353-6501
        MN Bar: 0297859
        Eve.zamora@wainwright.army.mil