AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JEFFREY T. COVINGTON | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: 4:06-cr-00027-TWH |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W. HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>July 20, 2006 at 2:45 p.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 13

Brief description of offense:
OPERATING A VEHICLE WHILE INTOXICATED

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

June 21, 2006, Fairbanks, AK
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me on:[1] | Date |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: __6-26-06__   __Randy Johnson__
Date                          Name of United States Marshal

__Holland K. Davis__
(by) Deputy United States Marshal

Remarks:   _See Attached._

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Jeffrey T. Covington

Service was made by me on:[1]    Date 6-26-2006

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: Ft Wainwright

[ ] Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 06/26/2006
            Date

Name of ~~United States Marshal~~ PFC Gladstone, Emiley K.
Military Police/civil liaison

*Emiley K. Gladstone*
(by) ~~Deputy United States Marshal~~

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.