**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintfiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 4:06-cr-00027-TWH |
| ) | |
| **JEFFREY COVINGTON** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT OF CONFERENCE

    This is to certify that counsel for the parties have conferred regarding discovery in this case, production is complete and there are no outstanding discovery issues at this time.
    RESPECTFULLY SUBMITTED this 20th day of July 2006.

    EVE C. ZAMORA

    s/ Eve C. Zamora
    101 12th Avenue, Room 310
    Fairbanks, Alaska 99701
    Phone: (907) 353-6561/6510
    Fax: (907) 353-6501
    Email: eve.zamora@us.army.mil
    MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I certify that on July 14 2006,
a copy of this SUPERCEDING INFORMATION
was served electronically on:

M.J. Haden, Esq.


/s/ Eve C. Zamora