M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JEFFREY T. COVINGTON,<br><br>              Defendant. | Case No. 4:06-cr-0027-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

       Defendant, Jeffrey T. Covington, by and through counsel M. J. Haden, Staff Attorney, notifies the court of his intent to change his plea in the above-styled case.  The parties are in the process of completing a written plea agreement.  Mr. Covington will plead guilty to the information charging him with one count of Operating a Vehicle While Intoxicated in violation of Alaska Stat. § 28.35.030 as assimilated into federal law under 18 U.S.C. § 13.  The parties have agreed pursuant to Fed. R. Crim. P. 11(c)(1)(C) that the appropriate disposition is as follows:

- One year of probation with the special condition that Mr. Covington serve 72 hours at North Star Community Corrections Center and that Mr. Covington participate in a substance abuse program, to include drug testing, as directed by the U.S. Probation Office;

- A fine of $750;

- A special assessment of $25.

Mr. Covington respectfully requests that the court schedule a change of plea hearing for Thursday, September 7, 2006, at 10:00 a.m., the time currently set for a status and scheduling conference.

DATED this 31st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden