NELSON COHEN
United States Attorney

TODD N. GEORGE
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6511
Fax: (907) 353-6662
WA Bar No. 30436

Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>                                                    )<br>          **Plaintiff,**                    )<br>                                                    )<br> vs.                                             )<br>                                                    )<br> **JEFFREY COVINGTON**          )<br>                                                    )<br>          **Defendant.**                  ) | Case No. 4:06-cr-00027-TWH |

_____

**ENTRY OF APPEARANCE**

Todd N. George enters his appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through Plaintiff's attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 16th day of November 2006.

NELSON COHEN
United States Attorney

/s/Todd N. George
TODD N. GEORGE
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701

Telephone: (907) 353-6511
Fax:(907) 353-6501
todd.n.george@wainwright.army.mil
WA Bar No. 30436

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006,
A copy of the foregoing **ENTRY OF APPEARANCE**
was served via Electronic Filing on:

M. J. Haden,
Attorney for Defendant

/s/Todd N. George