M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY T. COVINGTON,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0027-TWH<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

　　　　Defendant, Jeffrey T. Covington, by and through counsel M. J. Haden, Assistant Federal Defender, submits the following sentencing memorandum to aid the court at the imposition of sentencing scheduled for Thursday, December 7, 2006.

　　　　The parties in this case have entered into a binding plea agreement pursuant to Rule 11(c)(1)(C). The proposed sentence contained in the plea agreement is as follows:

- One year probation pursuant to the special condition that the defendant serve seventy-two hours at the North Star Correctional Center;

- A fine of $750;

- Substance abuse treatment and testing as directed by the Probation Officer;

- A special assessment of $25;

      Mr. Covington submits that this is a fair and adequate sentence in that it meets the factors set forth in 18 U.S.C. § 3553 and provides for a sentence that will serve adequately to protect the public and reaffirm societal norms, provide for deterrence to the defendant and provide an opportunity for Mr. Covington to rehabilitate himself and receive the appropriate counseling.

      DATED this 4th day of December, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on December 4, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd N. George, Esq.

/s/ M. J. Haden