MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JEFFREY T. COVINGTON   CASE NO. 4:06-CR-00027-TWH
Defendant: X Present   ___ In Custody   X On Summons   ___ On Bond

BEFORE THE HONORABLE:   JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   CATHRINE CONKLIN

UNITED STATES ATTORNEY: TODD GEORGE

DEFENDANT'S ATTORNEY:   MJ HADEN

U.S.P.O.:   MARCI LUNDGREN

PROCEEDINGS: IMPOSITION OF SENTENCE   Held: December 7, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:48 a.m. court convened.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Sentence imposed as stated in the judgment.

At 10:08 a.m. court adjourned.


DATE: December 7, 2006         DEPUTY CLERK'S INITIALS:   cxc