NELSON P. COHEN
United States Attorney

TODD N. GEORGE
Special Assistant United States Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6511
Fax: (907) 353-6662
WA Bar No. 30436
E-mail: todd.n.george@wainwright.army.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00027-TWH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNOPPOSED MOTION TO CONTINUE HEARING ON SHORTENED TIME** |
| JEFFREY T. COVINGTON, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court to continue the hearing, currently scheduled for March 22, 2007 at 9:00 a.m. to a later date of March 29, or a date convenient to the Court, in the above cited case. Counsel will be prosecuting courts-martial the week of March 19, 2007, and will

be unable to be present at the scheduled time. Counsel for the defense does not oppose the continuance.

WHEREFORE plaintiff respectfully requests that the motion to continue the hearing be granted.

RESPECTFULLY SUBMITTED this 16th day of March, 2007, in Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Todd N. George
> TODD N. GEORGE
> Special Assistant United States Attorney
> 101 12th Avenue, Room 310
> Fairbanks, Alaska 99701
> Telephone: (907) 353-6511
> Fax: (907) 353-6662
> WA Bar No. 30436
> E-mail:
> todd.n.george@wainwright.army.mil

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16th, 2007, a copy of the foregoing **UNOPPOSED MOTION TO CONTINUE HEARING ON SHORTENED TIME**, was served electronically, on:

M. J. Haden

s/Todd N. George