IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br><br>    vs. )<br><br>JEFFREY T. COVINGTON, )<br><br>                    Defendant. )<br> ) | Case No.  4:06-cr-00027-TWH<br><br>[Proposed]<br><br>**ORDER** |

IT IS SO ORDERED.  The Motion to Continue Hearing is GRANTED.  The Hearing on the Memorandum is rescheduled to _____, 2007 at _____ o'clock.

Date: _____

TERRANCE W. HALL
United States Magistrate Judge