IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JEFFREY T. COVINGTON,<br><br>                Defendant. | Case No. 4:06-cr-00027-TWH<br><br>[Proposed]<br><br>**ORDER** |

IT IS SO ORDERED. The Motion to Continue Hearing is GRANTED. The Hearing on the Memorandum is rescheduled to March 29, 2007 at 1:30 pm o'clock.

Date: 16 March 2007

REDACTED SIGNATURE

TERRANCE W. HALL
United States Magistrate Judge