NELSON COHEN
United States Attorney

TODD N. GEORGE
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6511
Fax: (907) 353-6662
WA Bar No. 30436

Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 4:06-cr-00027-TWH** |
| **Plaintiff,** ) | |
| ) | **GOVERNMENT'S RESPONSE** |
| vs. ) | **TO MEMORANDUM OF THE** |
| ) | **U.S. PAROLE AND PRETRIAL** |
| **JEFFREY T. COVINGTON** ) | **SERVICES OFFICE** |
| ) | |
| ) | |
| **Defendant.** ) | |

_____

COMES NOW, the United States of America, by and through undersigned counsel, and submits its Response to the Memorandum of the U.S. Parole and Pretrial Services Office, dated February 6, 2007.

### I. Government's Position

The government requests that this Court modify its judgment, eliminating altogether the requirement that the defendant serve 72 hours at a community correctional center.

### II. Facts and Analysis

The U.S. Probation and Pretrial Services Office (USPPSO) reports that the Bureau of Prisons (BOP) will not or cannot place the defendant in a community correctional center per the

judgment of this Court. Instead, the BOP informs the USPPSO that they would comply with an amended judgment substituting a short term of incarceration as a condition of probation rather than placement at a community correctional center.

A term of imprisonment, even a short term, is substantially different from placement in a community correctional facility. Furthermore, it is the understanding of the government that the defendant has complied thus far with the other terms of his sentence, and the terms of his probation. The offense was committed on or about October 12, 2005. Given these factors, any additional value to society gained by requiring the defendant to serve a term of imprisonment in lieu of 72 hours at a community correctional center, in terms of deterrence and punishment, will be minimal.

### III. Conclusion

In the best interests of justice, the government respectfully requests that this Court modify its judgment, eliminating altogether the requirement that the defendant serve 72 hours at a community correctional center.

RESPECTFULLY SUBMITTED this 27th day of March 2007.

NELSON COHEN
United States Attorney


/s/Todd N. George
TODD N. GEORGE
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511
Fax:(907)353-6662
todd.n.george@wainwright.army.mil
WA Bar No. 30436

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007,
A copy of the foregoing **GOVERNMENT'S SENTENCING MEMORANDUM** was served via Electronic Filing on:

M. J. Haden,
Attorney for Defendant

/s/Todd N. George