M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY T. COVINGTON,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0027-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO ALLOW COUNSEL TO APPEAR TELEPHONICALLY AT HEARING REGARDING MEMORANDUM TO AMEND JUDGMENT** |

　　　　　Defendant, Jeffrey T. Covington, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to allow counsel to appear telephonically at the hearing regarding memorandum to amend judgment currently scheduled for 1:30 p.m. on Thursday, March 29, 2007, in Fairbanks, Alaska.

　　　　　Undersigned counsel is located in Anchorage, Alaska. The hearing in the above scheduled case is the only business counsel has in Fairbanks on March 29, 2007. In order to conserve time and judicial resources, counsel requests that she be allow to participate telephonically at the hearing.

This motion is unopposed by Special Assistant United State Attorney Todd N. George.

DATED this 28th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 28, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Todd N. George, Esq.

/s/ M. J. Haden