UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY T. COVINGTON,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0027-TWH<br><br>**PROPOSED<br>ORDER GRANTING<br>TELEPHONIC APPEARANCE** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of defendant's unopposed motion allowing counsel to appear telephonically at the hearing regarding memorandum to amend judgment scheduled for 1:30 p.m. on Thursday, March 29, 2007, in Fairbanks, Alaska, the court GRANTS the motion. Counsel may appear telephonically by calling (907) _____.

　　　　DATED _____, 2007, in Fairbanks, Alaska.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge