PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeffrey T. Covington                    Case Number: 4:06-cr-00027 TWH

Sentencing Judicial Officer:    Terrance W. Hall, U.S. Magistrate Judge

Date of Original Sentence:      December 7, 2006

Original Offense:               Driving While Intoxicated

Original Sentence:              One year probation, $25 special assessment and $750 fine

Date Supervision Commenced: December 7, 2006

## PETITIONING THE COURT

[X]   To **extend** the term of probation for **six months**, for a **total term of one year and six months**.
[X]   To modify the conditions of probation as follows:

1. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

2. The defendant is prohibited from consuming alcoholic beverages.

## CAUSE

On November 18, 2007, at approximately 3:30 a.m., in Fairbanks, Alaska, the defendant was contacted by a Fairbanks Police officer as a passenger in a possible Driving Under the Influence (DUI) traffic stop. Ultimately, the driver of the vehicle was arrested for DUI, and the defendant was noted to be intoxicated and have red, bloodshot, watery eyes, slurred speech, smelled of alcohol and marijuana. Once out of the vehicle, the defendant swayed heavily while walking. The defendant was told by the Fairbanks Police officer on scene that the vehicle was going to be impounded, and that the defendant was free to leave. The defendant requested that a personal item be retrieved from the vehicle. The Fairbanks Police officer inquired what item that was, and the defendant admitted that it was a handgun, which was under the passenger's seat. The Fairbanks Police officer recovered the handgun, a Taurus .38 special revolver, which was fully loaded.

The defendant was arrested and charged with Misconduct Involving Weapons (MIW) in the Fourth and Fifth Degree. The State District Attorney's Office declined to prosecute the defendant on the MIW in the Fourth Degree. The defendant was released on bail conditions and his next state court appearance is scheduled for January 2, 2008, for the MIW in the Fifth Degree.

*Request for Modification of Conditions or Term*
*Jeffrey T. Covington*
*4:06-cr-00027 TWH*

The defendant is tentatively scheduled to be released from federal probation on December 6, 2007.

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: December 4, 2007

Approved by:

**REDACTED SIGNATURE**

Marci D. Lundgren
Senior U.S. Probation Officer

---

**THE COURT ORDERS:**

[X]  The Extension of Supervision and the Modification of Conditions as Noted Above
[ ]  No Action
[ ]  Other:

**REDACTED SIGNATURE**

Terrance W. Hall
U.S. Magistrate Judge

Date: 5 Dec 2007

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Jeffrey T. Covington**                    Docket No. 4:06-cr-00027-TWH

    I, __Jeffrey T. Covington__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

1. Extend the defendant's term of probation for an additional six months, for a total term of one year and six months.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant is prohibited from consuming alcoholic beverages.

**REDACTED SIGNATURE**                    Date: 12-3-07

Jeffrey T. Covington
Probationer or Supervised Releasee

**REDACTED SIGNATURE**                    Date: 12.3.2007

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer