PROB 12C
(7/93)

# United States District Court
## for the
## District of Alaska


RECEIVED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffery T. Covington                Case Number: 4:06-CR-00027 TWH

Sentencing Judicial Officer:      Terrance W. Hall, U.S. Magistrate Judge

Date of Original Sentence:        December 7, 2006

Original Offense:                 Driving While Intoxicated

Original Sentence:                One year probation, $25 special assessment and $750 fine

Date Supervision Commenced:       December 7, 2006

Spec. Asst. U.S. Attorney: Todd N. George,          Defense Attorney: M.J. Haden
Fort Wainwright                                     Asst. Federal Public Defender

---

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of probation:

Violation Number | Nature of Noncompliance

1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime" in that on or about July 29, 2007, at or near Fairbanks, Alaska, the defendant committed the offense of Theft in the Second Degree. This is a violation of AS 11.46.130(a)(1) and a Grade B violation.

2 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime" in that on or about July 29, 2007, at or near Fairbanks, Alaska, the defendant committed the offense of Burglary in the Second Degree. This is in violation of AS 11.46.310 and a Grade B violation.

3 | The defendant has violated the Standard Condition of Supervision #11 "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer" in that during the summer of 2007, at or near Fairbanks, Alaska, the defendant was questioned by a law enforcement officer but has never reported this contact to his probation officer. This is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of probation should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

Respectfully submitted,

's/ Signature Redacted
for Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: June 2, 2008

Approved by:

's/ Signature Redacted
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.*

[X]    The issuance of a summons.

[ ]    Other:

's/ Signature Redacted

**JOHN D. ROBERTS**
U.S. Magistrate Judge

June 2, 2008
Date

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case Number: 4:06-CR-00027 TWH |
| vs. | ) ) ) | DECLARATION IN SUPPORT OF PETITION |
| Jeffrey T. Covington | ) ) ) |  |

I, Toni M. Ostanik, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Probation for Jeffrey T. Covington, and in that capacity declare as follows:

On December 7, 2006, the defendant was sentenced to one year probation and a $750 fine for his conviction of Driving while Intoxicated. Mandatory, standard and four special conditions were imposed to include residing at a community residential home. However, the Bureau of Prisons declined to assist in placing the defendant in a community correctional center for a period of 72 hours, so the defendant's judgment was amended to allow home confinement for a period of 72 hours.

On December 5, 2007, the Court ordered the defendants term of probation extended for a period of six additional months for a total of one year and six months. Additionally, the defendant's conditions were modified as follows:

1. The defendant shall not posses a firearm, destructive devices, or other dangerous weapon.

2. The defendant is prohibited from consuming alcoholic beverages.

The cause of the extension and modification was due to a new arrest and charge of Misconduct Involving Weapons in the Fifth Degree.

The defendant is tentatively scheduled to be released from probation on June 4, 2008.

On May 30, 2008, this officer was reading the "public safety" section of the Fairbanks Daily News-Miner via the internet, when she came upon the defendant's name. This officer obtained the police report number and requested a copy of the report from local law enforcement.

It is alleged in the report that on or about July 29, 2007, at or near Fairbanks, Alaska, copper wire had been stolen and then sold by the defendant, who was interviewed by a Fairbanks Police Officer.

In the interview the defendant was asked where he got the copper wire and stated, "I found it somewhere.....In an abandoned building." He then indicated he didn't know where the building was. He later indicated that it was in town nearby. Later the defendant took the police officer to an industrial building surrounded by a fence with three stands of barbed wire at the top. The defendant stated he just climbed over the top but did not use a ladder and did not get hurt. When asked if the defendant and his girlfriend were having financial problems, Covington stated they were short on cash as they had just returned from a three-week vacation. Further he stated that his rent was due and he had to come up with a plan. The defendant stated that he decided to come over to Tesco, steal the copper, and sell it. The Fairbanks Police Officer inquired if the defendant got as much money for the copper wire as the defendant thought he was going to get, however, the defendant stated he did not. The defendant indicated he ended up with less than $500.

Executed this 2nd day of June, 2008, at Fairbanks, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

/s/ Signature Redacted

Toni M. Ostanik
U.S. Probation Officer