Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEFFREY T. COVINGTON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 4:06-CR-00027-TWH |

**ENTRY OF APPEARANCE**

COMES NOW, the Law Office of Kenneth L. Covell, and enters his appearance as attorney of record on behalf of defendant in the above-captioned case, and requests that copies of all pleadings in this action be mailed or delivered to his office at 712 8th Ave., Fairbanks, AK 99701.

DATED this 2nd day of July, 2008, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL
Attorney for Defendant

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

M.J. Haden
Federal Public Defender's Agency
MJ_Haden@fd.org

Todd N. George
U.S. Army Alaska, Office of the Staff Judge
Todd.n.george@wainwright.army.mil

Eve C. Zamora
U.S. Army, Ft. Wainwright Law Center
Eve.zamora@us.army.mil


Dated: 07/02/2008
By:    /s/ Wendy Blakeman
       Wendy Blakeman for Kenneth L. Covell