AO 83 (Rev. 12/85) Summons in a Criminal Case

**RECEIVED**
**JUL 0 3 2008**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

**RECEIVED**
**U.S. MARSHALS SERVICE**
**ALASKA**
2008 JUN -3 PM 9: 39

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JEFFREY T. COVINGTON | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 4:06-CR-00027-JDR<br><br>1902 MARY ANN STREET # 55<br>FAIRBANKS, ALASKA 99701<br>907-750-1642 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>101 12th Avenue, Room # 332<br>Fairbanks Alaska 99701 | Courtroom # 2 |
| Before: Judge John D. Roberts | Date and Time<br>7/3/08 at 1:30 PM |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [X] Probation Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
Violating conditions of probation, AS 11.46.310(a)(1), AS 11.46.310, and condition # 11 of release.


Ida Romack, Clerk of Court
Signature of Issuing Officer

JUNE 3, 2008 at Anchorage, AK
Date and Location

by  Signature Redacted   Deputy Clerk
Name and Title of Issuing Officer

---

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

o3 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 7/2/08
Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Courthouse
101 12TH Ave, Fairbanks, AK

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 7/2/08        Randy Johnson
Date                       Name of United States Marshal

                           B.A. Narasett
                           (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.