MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JEFFERY T. COVINGTON__   CASE NO. __4:06-CR-00027 JDR__
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____LYNN GROVES-KELLEY_____

UNITED STATES' ATTORNEY: _____CAPTAIN FARLEY_____

DEFENDANT'S ATTORNEY: _____JASON BEATTY FOR KENNETH COVELL___

U.S.P.O.: _____MARCI LUNDGREN_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
                                            HELD: 07/03/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:38 p.m. court convened.

_X_ Copy of Petition to Revoke Probation given to defendant: (waived reading).

_X_ Defendant advised of general rights.

_X_ Defendant **DENIED** allegations _1-3 of Petition to Revoke Probation_

_X_ Evidentiary hearing set for _August 7, 2008 2:00 p.m. in Fairbanks, Courtroom 2_

_X_ Order Setting Conditions of Release **FILED.**

At 1:57 p.m. court adjourned.

DATE: _July 3, 2008_         DEPUTY CLERK'S INITIALS: _LGK_

Revised 6-18-07