MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JEFFERY T. COVINGTON    CASE NO. 4:06-CR-00027 JDR
Defendant: X  Present   X  On Summons

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY:       GEORGE FARLEY

DEFENDANT'S ATTORNEY:          KENNETH COVELL

U.S.P.O.:                      TONI OSTANIK

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE PROBATION
                                        HELD: 08/07/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:08 p.m. court convened.

Court and counsel heard re: Plaintiffs oral motion for continuance: **GRANTED**.

Court and counsel heard re: scheduling, conditions of release. Court **ORDERED** the plaintiff to file a written status report by 12/1/2008.

Status conference hearing set for December 1, 2008.

At 2:13 p.m. court adjourned.


**OFF RECORD NOTE**: Court advised clerk that there is no need for a status conference hearing on 12/1/08. Hearing will be set after court receives status report.




DATE: August 7, 2008            DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07